

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00075-CV

### Trial Court No. 08CV30,196

**Key Energy Services, LLC**

**Vs.**

**Shelby County Appraisal District and John Leggett and Deborah Leggett**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Joshua W Carden |
| Motion fee | $10.00 | Law Office of Peter William Low |
| Reporter's record | $2,000.00 | Plaintiff |
| Clerk's record | $1,222.00 | Unknown |
| Supreme Court chapter 51 fee | $50.00 | Davis Miles |
| Filing Fee for New Appeal | $100.00 | Davis Miles |
| Indigent | $25.00 | Davis Miles |
| **TOTAL:** | $3,422.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 28th day of September 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk